FILED

SEP 07 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HON. GORDON THOMPSON JR.)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07-CR-0391-GT |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| **JAMES KERMIT PUCKETT,** ) | |
| Defendant. ) | |

**IT IS HEREBY ORDERED** that the sentencing hearing for defendant, James Kermit Puckett, currently scheduled for September 11, 2007, at 9:00 a.m., be continued to October 22, 2007, at 9:00 a.m.

**SO ORDERED.**

Dated: Sept. 7, 2007

_____
**HON. GORDON THOMPSON JR.**
U.S. DISTRICT JUDGE